AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

*****              DISTRICT OF    NEVADA

JOHN HERNANDEZ,

      Petitioner,               JUDGMENT IN A CIVIL CASE

V.

                                CASE NUMBER:  **3:11-CV-00563-RCJ-VPC**

GREG COX, et al.,

      Respondents.

\_\_\_  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 X   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED** without prejudice.
**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.


  October 31, 2011                          **LANCE S. WILSON**
                                                                                   Clerk


                                                                              /s/ D. R. Morgan
                                                                              Deputy Clerk